FILED - USDC -NH
2024 FEB 28 AM 10:07

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Jason Carter
Plaintiff(s)

v.

Case No. _____

Federal Police Plante badge # 193
Bedford Immagrations Security Gaurd name unknown
Defendant(s)

MOTION TO/FOR **Speak to Judge**
(enter title of motion)

I want him to see my video of me being Assulted and almost Pepper Sprayed I want Judge to see my Proff of DHS memmo, Security Gaurds Rolls and Policy Issues

Enter text of motion using numbered paragraphs (explain what you want the court to do). The field will expand as you type.

Date: 2-28-2024

[Signature]
Signature

MEMORANDUM OF LAW

Pursuant to LR 7.1(a)(2), every motion shall be accompanied by a memorandum with citations to supporting authorities or a statement explaining why a memorandum is unnecessary.

☐ I have attached a supporting memorandum of law to this motion.

☐ I have NOT attached a memorandum of law because none is required (explain your reasoning below).

USDCNH-101 (Rev. 12/1/21)

Page 1 of 2

## CONCURRENCES SOUGHT

Pursuant to LR 7.1(c), any party filing a motion other than a dispositive motion (a dispositive motion seeks an order disposing of one or more claims in favor of the moving party, for example, a motion to dismiss or a motion for summary judgment) shall certify to the court that a good faith attempt has been made to obtain concurrence/agreement in the relief sought. If concurrence is obtained, the moving party shall so note.

I certify the following (choose one):

☐ All parties have assented/agreed to this motion.

☐ I made a good faith attempt, but was unable to successfully obtain concurrence/agreement from all parties.

☐ I have NOT attempted to obtain concurrence/agreement because it is not required.

## CERTIFICATE OF SERVICE

I hereby certify that this motion was electronically filed in the court's electronic filing system and served on the following persons on the date and in the manner specified below:

Person(s) served electronically (via ECF):

Person(s) served by mail. Please include address(es):

Person(s) served by hand:

Date of Service: 2-28-2024

Signature: [signed]

Name: JASON CARTER

Address: 244 Lake Ave #3
Manchester NH 03103

Phone: 603-785-1284

Email: KRENGER2020@gmail.com

USDCNH-101 (Rev. 12/1/21)